THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, | Case No.: 2:17-cv-00608-CW-EJF |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Harman Management Corporation, | |
| Defendant. | Assigned to Judge Clark Waddoups<br>Referred to Magistrate Judge Evelyn J. Furse |

PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant, Harman Management Corporation, (collectively, the "Parties"), hereby give notice that the Parties have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next forty-five (45) days.

In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

**RESPECTFULLY SUBMITTED** on this 18th day of December 2017.

*/s/ James K. Ord, III*
JAMES K. ORD, III
The Ord Firm, P.C.
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Jamie L. Nopper
MCKAY BURTON & THURMAN PC
15 W SOUTH TEMPLE STE 1000
SALT LAKE CITY, UT 84101
(801)521-4135
Email: jnopper@mbt-law.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*