# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Harman Management Corporation,<br><br>　　　　　　Defendant. | **ORDER RE PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Case No.: 2:17-cv-00608-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

Based upon the Plaintiff's Notice of Settlement Between Plaintiff and Harman Management Corporation, ("Notice of Settlement")[1], and good cause appearing therefor,

The Court orders that all pending deadlines and filing requirements are tolled for forty-five days.

DATED this 19th day of December, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EVELYN J. FURSE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's Notice of Settlement between Plaintiff, Kelley, and Defendant, Harman Management Corporation (docket no. 15), filed December 18, 2017.