THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>　　　　　Plaintiff,<br>v.<br><br>Harman Management Corporation,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-00608-CW-EJF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Judge Clark Waddoups<br>Referred to: Magistrate Judge Evelyn J. Furse |

　　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley and Defendant, Harman Management Corporation, hereby stipulate that the above referenced Action be dismissed with prejudice, with each party to bear their own attorney's fees', costs and expenses.

　　　　**RESPECTFULLY** submitted on this 20th day of March 2018.


*/s/ James K. Ord, III*　　　　　　　　　　　*/s/ Jamie L. Nopper* (with permission)
JAMES K. ORD, III, ESQ.　　　　　　　Jamie L. Nopper
THE ORD FIRM, P.C.　　　　　　　　　MCKAY BURTON & THURMAN PC
P.O. Box 16266　　　　　　　　　　　　15 W SOUTH TEMPLE STE 1000
Salt Lake City, UT 84116　　　　　　　SALT LAKE CITY, UT 84101
Telephone: (435) 214-1433　　　　　　(801)521-4135
Email: james@utahADAlaw.com　　　Email: jnopper@mbt-law.com
*Attorney for Plaintiff*　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Jamie L. Nopper
MCKAY BURTON & THURMAN PC
15 W SOUTH TEMPLE STE 1000
SALT LAKE CITY, UT 84101
(801)521-4135
Email: jnopper@mbt-law.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*