IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>HARMAN MANAGEMENT CORPORATION<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:17-cv-00608-CW-EJF<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

This Matter, having come before the Court on the Parties Stipulation for Dismissal With Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED,** that this Matter is **DISMISSED** with prejudice, with each party to bear its own attorney's fees' and costs. The court directs the Clerk of Court to close this case.

SO ORDERED this 20th day of March, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge